murders, as well as the fact that the "main-line" churches oppose the death penalty, alluding to a difference in the Old Testament and New Testament in that regard. The court excluded testimony about the latter, and some testimony of the prison expert supported by neither statistics nor her personal knowledge. But the record does not support Glass's complaint that the trial court refused to allow relevant evidence which tended to establish a reason for mitigating the severity of the punishment for the offense. This final contention lacks merit.

For these reasons, the application for a certificate of probable cause and for stay of execution is DENIED, and the appeal is DISMISSED.

**PER CURIAM:**

Jimmy Wingo has been sentenced to death by the Louisiana court for the fourth time for the murders he committed in 1982. We studied his arguments and the full trial record upon his prior habeas appeal. *See Wingo v. Blackburn,* 783 F.2d 1046 (5th Cir.1986), on rehearing 786 F.2d 654. In this successive writ petitioner raises seven points and thereby repeats some of his arguments of the prior appeal. These points have all been answered by the memorandum ruling of the district court, and nothing needs be added to what Judge Duhe has said. There is no substantial showing of the denial of a federal right.

We grant IFP, deny the application for certificate of probable cause, and deny the application for stay of execution.

**Jimmy C. WINGO, Petitioner-Appellant,**

v.

**Hilton BUTLER, Warden Louisiana State Penitentiary at Angola, Louisiana, Respondent-Appellee.**

No. 87–4439.

United States Court of Appeals, Fifth Circuit.

June 12, 1987.

Robert Selcov, Ward J. Oliver, Poughkeepsie, N.Y., Stephen M. Latimer, East Brunswick, N.J., F. Ray Mouton, Lafayette, La., for petitioner-appellant.

William J. Guste, Jr., Atty. Gen., Baton Rouge, La., Henry N. Brown, Dist. Atty., Benton, La., for respondent-appellee.

Before GEE, REAVLEY and HILL, Circuit Judges.

**Norris LIRETTE, Plaintiff-Appellant,**

v.

**N.L. SPERRY SUN, INC. and Quarles Drilling Company, Defendants-Appellees.**

No. 86–3373.

United States Court of Appeals, Fifth Circuit.

June 29, 1987.

